**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1418**

COURTNEY L. BROCKINGTON,

        Plaintiff - Appellant,

      v.

CHARLES DAVIS BARR; BARR AND BARR LAW FIRM,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Margaret B. Seymour, Senior District Judge. (4:20-cv-03463-MBS)

Submitted: August 19, 2021                Decided: August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Courtney L. Brockington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Brockington appeals the district court's order accepting the magistrate judge's recommendation and dismissing Brockington's civil complaint without prejudice for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Brockington's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*